WARD LAW FIRM
A LAW CORPORATION
Margaret E. Ward  # 10580
P.O. Box 1112
Kamuela, Hawaii 96743
Tel. No.:    (808) 674-7901
Fax No.:    (808) 207-0302
Email:       molly@wardhawaii.com

Attorney for Plaintiff
ANNE ADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANNE ADAMS, | CASE NO. 1:22-CV-203 |
|---|---|
| Plaintiffs, | |
| v. | PROPOSED SUMMONS |
| UNITED STATES POSTAL SERVICE and DOES 1-20, inclusive, inclusive, | |
| Defendants. | |

PROPOSED SUMMONS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANNE ADAMS, | CASE NO. 1:22-CV-203 |
|---|---|
| Plaintiffs, | |
| v. | SUMMONS |
| UNITED STATES POSTAL SERVICE and DOES 1-20, inclusive, inclusive, | |
| Defendants. | |

## SUMMONS

To:   UNITED STATES POSTAL SERVICE
      1720 Market Street, Room 2400
      St. Louis, MO 63155-9948

You are hereby summoned and required to file with the court and serve upon Margaret E. Ward, Plaintiff's attorney, whose address is P.O. Box 1112, Kamuela, HI, 96743, an answer to the Complaint which is herewith served upon you, within twenty one (21) days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**WARNING TO DEFENDANT(S):** Failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

**PROCESS SERVER:** You are prohibited from making personal delivery of this summons between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of this court permits, in writing on the summons, personal delivery during those hours.

DATED:   Honoluluʻ Hawaiʻi, _____.

_____
CLERK OF THE ABOVE-ENTITLED COURT