CV 22-00203 DKW-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
May 3, 2022
PAM HARTMAN BEYER, CLERK OF COURT
At  3  oclock and  43  min  p.m.

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[ ]   ORDER SETTING STATUS CONFERENCE

for **Tuesday, June 28, 2022** at 9:00 a.m. before:

[ ]   Magistrate Judge Rom Trader via AT&T conference (Call: 1-888-363-4735 / Access Code 2070326)

[✔]   Magistrate Judge Wes Reber Porter via AT&T conference (Call: 1-888-278-0296 / Access Code: 8224751)

[ ]   Magistrate Judge Kenneth J. Mansfield via AT&T conference (Call: 1-877-848-7030 / Access Code 2123668

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Tuesday, May 3, 2022.

        /s/ J. Michael Seabright
        Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date    May 3, 2022         Signature _____
                            Atty ( ) Secy ( ) Messenger ( )

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.  PLEASE DO NOT REMOVE.**